DEC-06-00 WED 11:10 AM   HARRISBURG         FAX NO. 917172213959                P. 02

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

VICTOR GONZALES,                 :   CIVIL ACTION NO. 1:CV-00-2061
                                 :
       Petitioner       :
                                 :
   v.                            :
                                 :
BENJAMIN VARNER, ET AL.,         :   (Judge Rambo)
                                 :
       Respondents      :

       FILED
    HARRISBURG, PA

O R D E R

DEC 06 2000

MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk

IT IS HEREBY ORDERED THAT:

   1. The Clerk of Court is directed to serve a copy of the petition and this order by certified mail on the Attorney General of the Commonwealth of Pennsylvania and the Pennsylvania Board of Probation and Parole.

   2. Within twenty (20) days of the date of this order, Respondents shall answer the allegations in the petition for writ of habeas corpus. Consistent with Rule 5 of the Rules Governing § 2254 Cases in the United States Courts, the answer shall:

      (a) state whether the Petitioner has exhausted state remedies available under state law with respect to each claim presented;

      (b) be accompanied by those portions of any transcripts the Respondents deem relevant to disposing of the claims raised in the petition;

(c) indicate what other proceedings that might be relevant to the petition which have been recorded but are not yet transcribed;

(d) be accompanied by copies of any of the Petitioner's briefs on appeal and copies of any opinions of the appellate courts in those proceedings.

3. Respondents shall file a memorandum of law with the answer. The memorandum shall set forth the relevant facts and procedural history of the case, a recommended disposition of the petition, and citations to pertinent case law.

4. Petitioner shall, if he so desires file a reply brief within fifteen (15) days of receipt of the Respondents' filings.

5. A determination whether the Petitioner should be produced for a hearing will be held in abeyance pending the filing of Respondents' answer and memorandum of law, and, if any, the Petitioner's reply.

SYLVIA H. RAMBO

Dated: December 6, 2000.

SR:jvw



DEC-06-00 WED 11:09 AM   HARRISBURG                FAX NO. 917172213959                P. 01

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

CLERK'S OFFICE
HARRISBURG DIVISION

Mary D'Andrea, Clerk



TO: _Clerk's Office_

FROM: _Mark_

COMMENTS: _Service order, filed with Jane Van Wie. Not docketed, original to be sent in today's mail._

THIS FACSIMILE CONTAINS A TOTAL OF __3__ PAGES INCLUDING THIS SHEET.

PLEASE CALL IF THIS FAX IS          UNITED STATES DISTRICT COURT
INCOMPLETE.                          MIDDLE DISTRICT OF PENNSYLVANIA
PHONE NUMBER: (717) 221-3920         HARRISBURG, PENNSYLVANIA 17108
FAX NUMBER:   (717) 221-3959

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

December 6, 2000

Re:  1:00-cv-02061   Gonzales v. Varner

True and correct copies of the attached were mailed by the clerk
to the following:

    Victor Gonzales
    SCI-D
    SCI at Dallas
    AS-1650
    Drawer K - Follies Rd.
    Dallas, PA  18612-0286

```
cc:
Judge                            (  )
Magistrate Judge                 (  )
U.S. Marshal                     (  )
Probation                        (  )
U.S. Attorney                    (  )
Atty. for Deft.                  (  )
Defendant                        (  )
Warden                           (  )
Bureau of Prisons                (  )
Ct Reporter                      (  )
Ctroom Deputy                    (  )
Orig-Security                    (  )
Federal Public Defender          (  )
Summons Issued                   (  ) with N/C attached to complt. and served by:
                                     U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5              (  )
Order to Show Cause              (X) with Petition attached & mailed certified mail
                                     to:  US Atty Gen  ( )   PA Atty Gen (X)
                                          DA of County ( )   Respondents (X)

Bankruptcy Court                 (  )
Other_____   (  )
```

MARY E. D'ANDREA, Clerk

DATE: 12/6/00                                     BY: _____
                                                                                                 Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR GONZALES, | : | CIVIL ACTION NO. 1:CV-00-2061 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| BENJAMIN VARNER, ET AL., | : | (Judge Rambo) |
| | : | |
| Respondents | : | |

FILED
HARRISBURG, PA

DEC 06 2000

MARY E. D'ANDREA, CLERK
Per ________
Deputy Clerk

O R D E R

IT IS HEREBY ORDERED THAT:

1. The Clerk of Court is directed to serve a copy of the petition and this order by certified mail on the Attorney General of the Commonwealth of Pennsylvania and the Pennsylvania Board of Probation and Parole.

2. Within twenty (20) days of the date of this order, Respondents shall answer the allegations in the petition for writ of habeas corpus. Consistent with Rule 5 of the Rules Governing § 2254 Cases in the United States Courts, the answer shall:

(a) state whether the Petitioner has exhausted state remedies available under state law with respect to each claim presented;

(b) be accompanied by those portions of any transcripts the Respondents deem relevant to disposing of the claims raised in the petition;

(c) indicate what other proceedings that might be relevant to the petition which have been recorded but are not yet transcribed;

(d) be accompanied by copies of any of the Petitioner's briefs on appeal and copies of any opinions of the appellate courts in those proceedings.

3. Respondents shall file a memorandum of law with the answer. The memorandum shall set forth the relevant facts and procedural history of the case, a recommended disposition of the petition, and citations to pertinent case law.

4. Petitioner shall, if he so desires file a reply brief within fifteen (15) days of receipt of the Respondents' filings.

5. A determination whether the Petitioner should be produced for a hearing will be held in abeyance pending the filing of Respondents' answer and memorandum of law, and, if any, the Petitioner's reply.

SYLVIA H. RAMBO
United States District Judge

Dated: December 6, 2000.

SR:jvw

2