## Return Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   SCI Dallas
   Follies Road
   Dallas PA 18612

**COMPLETE THIS SECTION ON DELIVERY**
- A. Received by (Please Print Clearly): DOPKO
- B. Date of Delivery: 12-07-00
- C. Signature: X [signature] — Agent / Addressee
- D. Is delivery address different from item 1? Yes / No

DEC 11 2000

## Return Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Atty General
   Strawberry Square
   Harrisburg PA 17100

2. Article Number (Copy from service label): 00-2061  3315 9102

**COMPLETE THIS SECTION ON DELIVERY**
- A. Received by (Please Print Clearly)
- B. Date of Delivery
- C. Signature: [signature] — Agent / Addressee
- D. Is delivery address different from item 1? Yes / No

DEC 11 2000

3. Service Type: ☐ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

## Return Receipt 3

1. Addressed to:

   PA Board of Probation + Parole
   1101 S Front St
   Suite 5100
   Harrisburg PA 17104

2. Article Number (Copy from service label): 00-2061  3315 9005

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

- C. Signature: Kimmey Mead — Agent / Addressee
- D. Is delivery address different from item 1? Yes / No

FILED
SCRANTON
DEC 11 2000

3. Service Type: ☐ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes