(9)
1/17/01
mn

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR GONZALES, | : | CIVIL ACTION NO. 1:CV-00-2061 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | **FILED** |
| BENJAMIN VARNER, et al., | : | (Judge Rambo) HARRISBURG, PA |
| | : | |
| Respondents | : | **JAN 17 2001** |

O R D E R

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

On January 8, 2001, Petitioner filed a motion for leave to file a traverse and incorporated traverse (Doc. 7). Upon consideration thereof, **IT IS HEREBY ORDERED THAT** since the court's order of December 6, 2000 granted Petitioner leave to file a reply, his motion is denied as unnecessarily filed. However, Petitioner's incorporated traverse will be accepted.

SYLVIA H. RAMBO
United States District Judge

Dated: January 17, 2001.

SR:jvw

Racer
Copy

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 17, 2001

Re:  1:00-cv-02061    Gonzales v. Varner

True and correct copies of the attached were mailed by the clerk
to the following:

        Victor Gonzales
        SCI-D
        SCI at Dallas
        AS-1650
        Drawer K - Follies Rd.
        Dallas, PA  18612-0286

        R. Douglas Sherman, Esq.
        Office of Attorney General
        15th Floor
        Strawberry Square
        Harrisburg, PA  17120

cc:
Judge                      (X )
Magistrate Judge           (  )
U.S. Marshal               (  )
Probation                  (  )
U.S. Attorney              (  )
Atty. for Deft.            (  )
Defendant                  (  )
Warden                     (  )
Bureau of Prisons          (  )
Ct Reporter                (  )
Ctroom Deputy              (  )
Orig-Security              (  )
Federal Public Defender    (  )
Summons Issued             (  ) with N/C attached to complt. and served by:
                                U.S. Marshal ( )      Pltf's Attorney ( )

Standard Order 93-5        (  )
Order to Show Cause        (  ) with Petition attached & mailed certified mail
                                to: US Atty Gen   ( )  PA Atty Gen ( )
                                    DA of County  ( )  Respondents ( )

Bankruptcy Court           (  )
PRSLC                      (X )

                                        MARY E. D'ANDREA, Clerk

DATE: January 17th, 2001                    BY: _____
                                                Deputy Clerk