IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

VICTOR GONZALES, : CIVIL ACTION NO. 1:CV-00-2061
:
      Petitioner :
:
v. :
:
BENJAMIN VARNER, et al., : (Judge Rambo)
:
      Respondents :

O R D E R

NOW, THEREFORE, THIS 29 DAY OF MAY, 2001, for the reasons set forth in the foregoing Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition is dismissed for failure to exhaust state remedies and failure to state a basis for habeas relief.

2. The Clerk of Court is directed to close this case.

3. There is no basis for the issuance of a certificate of appealability.

SYLVIA H. RAMBO
United States District Judge

```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA

                  * * MAILING CERTIFICATE OF CLERK * *

                            May 29, 2001


Re:  1:00-cv-02061    Gonzales v. Varner



True and correct copies of the attached were mailed by the clerk
to the following:


      Victor Gonzales
      SCI-D
      SCI at Dallas
      AS-1650
      Drawer K - Follies Rd.
      Dallas, PA  18612-0286

      R. Douglas Sherman, Esq.
      Office of Attorney General
      15th Floor
      Strawberry Square
      Harrisburg, PA  17120




cc:
Judge                         (X )              (X ) Pro Se Law Clerk
Magistrate Judge              (  )              (  ) INS
U.S. Marshal                  (  )              (  ) Jury Clerk
Probation                     (  )
U.S. Attorney                 (  )
Atty. for Deft.               (  )
Defendant                     (  )
Warden                        (  )
Bureau of Prisons             (  )
Ct Reporter                   (  )
Ctroom Deputy                 (  )
Orig-Security                 (X )
Federal Public Defender       (  )
Summons Issued                (  )  with N/C attached to complt. and served by:
                                    U.S. Marshal (  )    Pltf's Attorney (  )
Standard Order 93-5           (  )
Order to Show Cause           (  )  with Petition attached & mailed certified mail
                                    to: US Atty Gen  (  )   PA Atty Gen  (  )
                                        DA of County (  )   Respondents  (  )

Bankruptcy Court              (  )
Other_____    (  )
                                                  MARY E. D'ANDREA, Clerk
```

DATE: May 29th, 2001                                BY: _____
                                                        Deputy Clerk