IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CIVIL ACTION NO. 1:CV-00-2061
(Judge Rambo)

VICTOR GONZALES,
Petitioner

v.

BENJAMIN VARNER, et al.,
Respondents.

FILED
HARRISBURG, PA
JUN 5 2001
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that, on this 4th day of June, 2001, an appeal is taken to the United States Court of Appeals for the Third Circuit from the May 29th 2001 Order of the Honorable Sylvia H. Rambo, J., which order dismissed the above-captioned habeas corpus pleading.

Mr. Victor Gonzales
Victor Gonzales, AS-1650
SCI-Dallas
1000 Follies Road
Dallas, PA   18612

1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**CIVIL ACTION NO. 1:CV-00-2061**
(Judge Rambo)

VICTOR GONZALES,
Petitioner

v.

BENJAMIN VARNER, et al.,
Respondents.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of June, 2001 a true copy of the attached **NOTICE OF APPEAL** was duly served on the person listed below via 1st Class United States Mail, prepaid postage, and addressed to:

R. Douglas Sherman, Esquire
Senior Deputy Attorney General
Office of the Attorney General
15th Floor, Strawberry Square
Litigation Section
Harrisburg, PA  17120

Victor Gonzales, AS-1650
SCI-Dallas
1000 Follies Road
Dallas, PA  18612

2