INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
DIVISIONAL OFFICE IN HARRISBURG, PENNSYLVANIA

Victor Gonzales     Dist. Ct. Docket __1:CV-00-2061__ Rambo
     v.     Ct. of Appeals Docket # _____
Benjamin Varner, et al.

NOTICE OF APPEAL FILED __6/5/01__ COURT REPORTER: _____

FILING FEE:
Notice of Appeal ____Paid __x__ Not Paid ____Seaman
Docket Fee ____Paid __x__ Not Paid ____USA or Govt.

CJA Appointment: (Attach copy of order)

____Private Attorney
____Defender Association or Federal Public Defender
____Motion Pending

Leave to proceed In Forma Pauperis status, if applicable _____

____Motion Granted
____Denied
____Motion pending before district judge

Certificate of probable cause (state habeas corpus) (attach copy of order)

____Granted
____Denied
____Pending

**PENDING MOTIONS** __NO__

COPIES TO:
Judge Rambo
Victor Gonzales
R. Douglas Sherman, Esquire
File Copy

Deft. Address: _____

**FILED
HARRISBURG

JUN 1 8 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK**

_____
Deputy Clerk

Please acknowledge receipt of these documents on the enclosed copy of this sheet.