● OFFICE OF THE CLERK ●

## UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4926

pacer.ca3.uscourts.gov

June 19, 2001

NOTICE OF DOCKETING OF APPEAL

Gonzales v. Varner

No(s): 00-cv-02061

FILED JUN 2 5 2001
PER
HARRISBURG, PA
DEPUTY CLERK

(Honorable Sylvia H. Rambo)

An appeal by **Victor Gonzales** was filed in the above-captioned case on 6/5/01, and docketed in this Court on 6/19/01, at No. **01-2515**.

Kindly use the Appeals Docket No. **01-2515** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Marcia M. Waldron
Clerk