EPS-314    CT, financial                                July 18, 2001

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. 01-2515

VICTOR GONZALES

vs.

BENJAMIN VARNER, ET AL.

(M.D. PA. CIV. NO. 00-CV-02061)

FILED HARRISBURG
JUL 2 6 2001
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

Present:    Marcia M. Waldron, Clerk

Submitted is Appellant's affidavit in support of motion to proceed in forma pauperis, which is treated as a motion for leave to appeal in forma pauperis pursuant to Rule 24, Federal Rules of Appellate Procedure;

in the above-captioned case.

MMW/zm

_____ O R D E R _____

The foregoing motion to proceed in forma pauperis is granted. This appeal will be submitted to a panel of this Court for determination of whether a certificate of appealability should issue.

A True Copy,
_____
Deputy Clerk

For the Court,

_____
Clerk

Dated:  JUL 1 9 2001

| | OFFICE OF THE CLERK | |
|---|---|---|
| MARCIA M. WALDRON | UNITED STATES COURT OF APPEALS | TELEPHONE |
| CLERK | FOR THE THIRD CIRCUIT | 215-597-2995 |
| | 21400 UNITED STATES COURTHOUSE | |
| | 601 MARKET STREET | |
| | PHILADELPHIA 19106-1790 | |
| | Website: pacer.ca3.uscourts.gov | |

__MD - Harrisburg__   Clerk of District Court   Date   __7/19/01__
(District)

__Gonzales v. Varner, et al.__   C. OF A. NO.   __01-2515__
(Caption)

__Victor Gonzales__
(Appellant)

__00-cv-2061__
(D.C. No.)

Enclosures:

__7/19/01__   Certified copy of C. of A. Order by the Court/Clerk
(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No. (s) _____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on _____ is recalled.

_Dannette M. Gunning_   267-299-7914
Administrative Manager   Telephone Number

Receipt Acknowledge:

_____
(Name)

_____
(Date)

Rev. 7/7/00
Appeals (Certified List in Lieu of Record)

O:/dmg/forms/orderltrfrm